JD
F.#2010R01153

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 28 2014 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JOHN DOE,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

**CR 14 - 00418**

WEINSTEIN, J.

GOLD, M.J.

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: Brooklyn, New York
       July 28, 2014

                                       LORETTA E. LYNCH
                                       United States Attorney
                                       Eastern District of New York

                    By:     *[signature]*
                          Jack Dennehy
                          Assistant U.S. Attorney
                          (718) 254-6133

cc:    Defense Counsel (by E-Mail)